1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11  SHAKLA JOSEPH,                      1:05-cv-00184-AWI-SMS-P
12              Plaintiff,          **ORDER ADOPTING FINDINGS AND**
                                    **RECOMMENDATIONS** (Doc. 16)
13  vs.
                                    **ORDER DISMISSING CERTAIN**
14  J.S. WOODFORD, et al.,          **CLAIMS AND DEFENDANTS**
15              Defendants.
                                    /
16
17      Plaintiff Shakla Joseph ("plaintiff"), a state prisoner
18  proceeding pro se and in forma pauperis, has filed this civil
19  rights action seeking relief under 42 U.S.C. § 1983.  The matter
20  was referred to a United States Magistrate Judge pursuant to 28
21  U.S.C. § 636(b)(1)(B) and Local Rule 72-302.
22      On June 16, 2006, the Magistrate Judge filed a Findings and
23  Recommendations herein which was served on plaintiff and which
24  contained notice to plaintiff that any objection to the Findings
25  and Recommendations was to be filed within thirty days.  To date,
26  plaintiff has not filed an objection to the Magistrate Judge's
27  Findings and Recommendations.
28  //

                                   1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed June 16, 2006, are ADOPTED IN FULL;

2.   This action proceed on plaintiff's amended complaint, filed December 7, 2005, against defendants Daviega, Pursell, Hooker, Fulks, Anderson, Flore, and Adams on plaintiff's RLUIPA claim;

3.   Defendants Schwarzenegger, Woodford, and Hickman, and the State of California, and the California Department of Corrections and Rehabilitation to the extent they are defendants, are DISMISSED from this action on the ground that they are not persons within the meaning of section 1983; and,

4.   Plaintiff's claims for declaratory relief and an injunction prohibiting enforcement of the grooming regulation are DISMISSED as MOOT.


IT IS SO ORDERED.

**Dated:    September 16, 2006**             _____/s/ **Anthony W. Ishii**_____
0m8i78                              UNITED STATES DISTRICT JUDGE