# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKLA JOSEPH,<br><br>             Plaintiff,<br><br>   v.<br><br>J. S. WOODFORD, et al.,<br><br>             Defendants. | CASE NO. 1:05-cv-00184-LJO-SMS PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO RE-SERVE PLAINTIFF WITH DISMISSAL ORDER AND ENTER JUDGMENT, AND RESOLVING MOTION FOR STATUS<br><br>(Doc. 41) |

On August 26, 2009, Plaintiff filed a motion seeking the status of this action. Defendants' motion to dismiss was granted and this action was dismissed on October 19, 2007. However, the Clerk of the Court neglected to enter judgment.

Accordingly, the Clerk of the Court is HEREBY ORDERED to re-serve Plaintiff with court document number 40, and enter judgment for Defendants and against Plaintiff.

Plaintiff's motion seeking the status of this action is HEREBY RESOLVED.

IT IS SO ORDERED.

**Dated:   August 28, 2009**            /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

1